IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**WILLIE HEARD, JR.**                                                                                           **PLAINTIFF**

**v.**                                          **5:14CV00428-BRW-JJV**

**CAROLYN W. COLVIN,**
**ACTING COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                                           **DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe.  No objections have been filed.

After careful review, the Court approves and adopts the Proposed Findings and Recommended Disposition as this Court's findings in all respects.  Accordingly, the Commissioner's decision is affirmed, and this case is DISMISSED with prejudice.

IT IS SO ORDERED, this 13th day of November, 2015.

                                                         /s/ Billy Roy Wilson
                                                        UNITED STATES DISTRICT JUDGE