IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**WILLIE HEARD, JR.** **PLAINTIFF**

**v.** **5:14CV00428-BRW-JJV**

**CAROLYN W. COLVIN,**
**ACTING COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION** **DEFENDANT**

## JUDGMENT

Based on the Order entered today, the Commissioner's decision is affirmed and Plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED, this 13th day of November, 2015.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE